# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PERCEPTRON, INC.**

    vs.                             **CASE NUMBER: 5:06-CV-412 (GTS/DEP)**

**SILICON VIDEO, INC.; and PANAVISION IMAGING, INC.**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion to Dismiss defendants' affirmative defenses/counterclaims is GRANTED in part and DENIED in part, 1) plaintiff's motion against defendant Panavision is DENIED as moot, and 2) plaintiff's motion against defendant SVI is GRANTED. Perceptron Inc.'s request for a judgment declaring the rights of the parties with regard to to successor liability of defendants is GRANTED in part and DENIED in part as follows: 1) plaintiff's request for a judgment declaring that defendant SVI is liable, as the successor, for an arbitration award granted against PVS in favor of plaintiff in the amount of 2,870,897.43 plus interest is GRANTED to the extent this amount does not exceed the difference between the amount of money the lenders invested in defendant SVI, and the amount of money defendant SVI made from the sale of its assets to defendant Panavision, and is otherwise DENIED, 2) plaintiff's request for a judgment declaring that defendant Panavision is liable, as the successor, for an arbitration award against PVS in favor of plaintiff is DENIED; Defendant Panavision's Motion for Summary Judgment is GRANTED; Defendant SVI's Sealed Motion is DENIED; further ordered that plaintiff's Motion for Summary Judgment is GRANTED in part and DENIED in part, granted as to defendant SVI and denied as to defendant Panavision.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of September, 2011.

DATED: September 30, 2011

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk